IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| HERBERT R. PEARSE,<br><br>Plaintiff,<br><br>v.<br><br>FIRST HORIZON HOME LOAN CORPORATION; NATIONSTAR MORTGAGE, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; QUALITY LOAN SERVICE CORPORATION OF WASHINGTON; and BANK OF NEW YORK MELLON f/k/a BANK OF NEW YORK, as Trustee for First Horizon Mortgage Pass-Through Trust 2007-AR3,<br><br>Defendants. | NO. 3:16-cv-05627-BHS<br><br>ORDER GRANTING NATIONSTAR MORTGAGE LLC, FIRST HORIZON HOME LOAN CORPORATION, BANK OF NEW YORK MELLON, AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING<br><br>NOTE FOR MOTION CALENDAR: July 29, 2016 |

THIS MATTER having come before the Court on defendants Nationstar Mortgage LLC's ("Nationstar"), First Horizon Home Loan Corporation's ("FHHLC"), Bank of New York Mellon's ("BNY Mellon") and Mortgage Electronic Registration Systems, Inc.'s ("MERS") unopposed Motion for Extension of Time to File Responsive Pleading, and the

ORDER GRANTING MOTION FOR
EXTENSION OF TIME - 1

court having considered the records and files herein, the Court hereby grants Defendants' unopposed Motion for Extension of Time to File Responsive Pleading. Defendants shall file their response to Plaintiff's Complaint by August 4, 2016.

Done this __8__ day of __August__, 2016

_____
United States District Court Judge

ORDER GRANTING MOTION FOR
EXTENSION OF TIME - 2